JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2019 MAR 13  A 11: 52

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DIANA K. MOLYNEUX, Defendant. | INDICTMENT<br><br>COUNTS I and II:<br>IN VIOLATION OF 18 U.S.C. § 1703(a)<br>Delay or Destruction of Mail or Newspapers<br><br>Case: 2:19-cr-00102<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 3/13/2019<br>Description: |

The Grand Jury Charges:

### COUNT I
*18 U.S.C. § 1703(a), Delay or Destruction of Mail or Newspapers*

On or about August 21, 2018, in the Central Division of the District of Utah,

DIANA K. MOLYNEUX,

defendant herein, being a Postal Service officer and employee, unlawfully secreted, destroyed, detained, delayed, and opened any letter, postal card, package, bag, and mail entrusted to her and which came into her possession, and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service; all in violation of 18 U.S.C. § 1703(a).

## COUNT II

*18 U.S.C. § 1703(a), Delay or Destruction of Mail or Newspapers*

On or about September 19, 2018, in the Central Division of the District of Utah,

DIANA K. MOLYNEUX,

defendant herein, being a Postal Service officer and employee, unlawfully secreted, destroyed, detained, delayed, and opened any letter, postal card, package, bag, and mail entrusted to her and which came into her possession, and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service; all in violation of 18 U.S.C. § 1703(a).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_[signature]_
SAM PEAD
Assistant United States Attorney