Name: DIANA MOLYNEUX
Address: 2761 W 8750 S, West Jordan UT 84088
Telephone: 801-638-6874

FILED
U.S. DISTRICT COURT
2020 JAN 16 A 11: 53
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

United States of America
Plaintiff,

vs.

Molyneux

Defendant(s).

MOTION to/for: Court appointed counsel

Case No: 2:19-cr-00102-DAK-1
Judge: KIMBAL

I, DIANA MOLYNEUX, representing myself without a lawyer, move to/for move for court appointed counsel under the following statute(s)/rule(s) (if known) _____ for the following reason(s): I have not worked for over a year an a half & my only source of income is social security. I was working at Post Office until they walked me out — I borrowed money for counsel ~~Attorney Xraz~~ from a relative & I can't borrow any more - He dosent have more to lend me -

_____
_____
_____
_____
_____
_____
_____

DATED: 1-16-2020

_Deana Molyneux_
Signature

## Certificate of Service

I certify that on _____(date)_____ a copy of the above motion was served, by first class U.S. mail, fax, or hand-delivery, to _____ at

(Opposing party or counsel)

_____
(Address)
_____
_____

Dated: _____         _____
                                                   Signature